IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GORDON D'ANDRE COHNS,

    Plaintiff,

v.

JOHN T. WILCHER, and SHALENA COOK JONES,

    Defendants.

CIVIL ACTION NO.: 4:22-cv-100

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's June 15, 2022, Report and Recommendation, (doc. 6), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, the Complaint, (doc. 1), is **DISMISSED**. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 28th day of July, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA