AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GORDON D'ANDRE COHNS,

    Plaintiff,

v.

JOHN T. WILCHER, SHALENA COOK JONES,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:22-cv-100

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated July 28, 2022, the Report and Recommendation of the Magistrate Judge is adopted as its opinion. The complaint is dismissed and this case stands closed.

Approved by: _____

July 29, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020